■

146 A.3d 471

IN RE: A.B.

No. 246, Sept. Term, 2016

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 2405, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

146 A.3d 471

IN RE: AUTUMN P.

No. 270, Sept. Term, 2016

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 2360, Sept. Term, 2015).

Petition for writ of certiorari denied.